AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00071 |
| Heather Kepley, and | ) Assigned to: Judge Meriweather, Robin M. |
| Anthony Nolf | ) Assign Date: 4/3/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendants | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Heather Kepley__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

Date: __04/03/2023__

2023.04.03 13:37:30 -04'00'
_Issuing officer's signature_

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) __4/3/23__, and the person was arrested on (date) __4/5/23__
at (city and state) __Long Neck, Delaware__.

Date: __4/5/23__

_Arresting officer's signature_

SA Aaron Capitel
_Printed name and title_