IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 23-mj-71-RMM-1 |
| | : | |
| HEATHER KEPLEY, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Conor Wilson, Esquire as co-counsel of record on behalf of Defendant, Heather Kepley, in the above-captioned matter.

Respectfully submitted,

DATED: April 11, 2023

/s/ *Conor Wilson*
CONOR WILSON, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010
de_ecf@fd.org